# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRON M. GIBBS, | |
| Plaintiff, | No.   CV-13-326-FVS |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. 405(g).

DATED:  July 28, 2014

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**